**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-1106**

_____

ROBERT HAYES,

Plaintiff - Appellant,

versus

HEALTH AND MENTAL HYGIENE, Dept-A1; RONALD S.
POLOTSKY; LORIEN NURSING & REHABILITATION
CENTER,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    Andre M. Davis, District Judge.
(CA-03-3596-AMD)

_____

Submitted:  March 11, 2004          Decided:  March 18, 2004

_____

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert Hayes, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Hayes appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Hayes v. Health & Mental Hygiene</u>, No. CA-03-3596-AMD (D. Md. Jan. 5, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>